IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ERIC WARD                                                                                               PLAINTIFF

V.                                                          CIVIL ACTION NO.2:05CV75-NBB-JAD

TALLAHATCHIE COUNTY, MISS., ET AL                                         DEFENDANTS

## FINAL JUDGMENT

On consideration of the file and records in this action, pursuant to 28 U.S.C. §636(b)(1)(B), an evidentiary hearing having been conducted on October 6, 2005, by the Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B), and Spears v. McCotter, 766 F.2d 179 (5 Cir. 1985), the Court finds that the Report and Recommendation of the United States Magistrate Judge dated November 21, 2005, was on that date duly served by first class mail upon plaintiff; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated November 21, 2005, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the Court.

2. That this case be and hereby is **dismissed with prejudice.**

THIS, the 18th day of November, 2005.

                                                  /s/ Neal Biggers
                                        UNITED STATES SENIOR JUDGE